UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and MILES MERTENS;

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

      Plaintiffs,

vs.                                            Case No. 08-CV-260

EROSION CONTROL SPECIALTIES, LLC,

      Defendant.

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT EROSION CONTROL SPECIALTIES, LLC**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, and Miles Mertens, Wisconsin Laborers District Council, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, recover from the Defendant Erosion Control Specialties, LLC the sum of $58,237.24 for contributions, interest, liquidated damages for the audit period January 1, 2005 through October 31, 2007.

-2-

Dated at Madison, Wisconsin, this 30 day of JULY, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 30th day of July, 2008.

*Barbara B. Crabb*
U. S. District Court Judge